# EXHIBIT 2

**Allstate Insurance Company, et al. v. PSHS Alpha Partners, LLC, et al.**
**Exhibit 2 - PSHS Beta Partners, LLC d/b/a The Gables Surgical Center**
**Chart of Patients and Treatment at Issue**

| Defendant | Plaintiff | Claim Number | Patient Initials | Date of Service | Treatment Billed | Amount Billed |
|---|---|---|---|---|---|---|
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0614265726 | M.A. | 10/29/2021 | 62380 | $40,000.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0614265726 | M.A. | 10/29/2021 | Ancillary Services & Supplies | $8,994.82 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0697107357 | J.A. | 3/15/2023 | 0232T | $3,640.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0697107357 | J.A. | 3/15/2023 | Ancillary Services & Supplies | $837.78 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0774215016 | D.A. | 1/27/2025 | 64999 | $45,000.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0774215016 | D.A. | 1/27/2025 | Ancillary Services & Supplies | $356.76 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0774215016 | D.A. | 2/26/2025 | 63030 | $26,825.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0774215016 | D.A. | 2/26/2025 | Ancillary Services & Supplies | $1,226.52 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0783253818 | M.A. | 8/11/2025 | 64493 | $3,626.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0783253818 | M.A. | 8/11/2025 | 64494 | $2,400.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0783253818 | M.A. | 8/11/2025 | 64495 | $3,640.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0783253818 | M.A. | 8/11/2025 | Ancillary Services & Supplies | $257.07 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0636211138 | S.A. | 1/26/2022 | 29880 | $12,308.20 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0636211138 | S.A. | 1/26/2022 | Ancillary Services & Supplies | $561.33 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0665226205 | M.A. | 6/30/2023 | 64635 | $10,576.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0665226205 | M.A. | 6/30/2023 | 64636 | $7,756.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0665226205 | M.A. | 6/30/2023 | Ancillary Services & Supplies | $402.45 |
| The Gables Surgical Center | Allstate Insurance Company | 0620944926 | V.B. | 7/7/2021 | 62287 | $20,000.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0620944926 | V.B. | 7/7/2021 | Ancillary Services & Supplies | $8,650.80 |
| The Gables Surgical Center | Allstate Insurance Company | 0667216543 | F.B. | 8/1/2022 | 63030 | $26,825.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0667216543 | F.B. | 8/1/2022 | 63035 | $9,440.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0667216543 | F.B. | 8/1/2022 | Ancillary Services & Supplies | $1,803.33 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0607388675 | J.B. | 2/5/2021 | 63030 | $26,825.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0607388675 | J.B. | 2/5/2021 | 63035 | $9,440.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0783352701 | I.B. | 5/2/2025 | 62287 | $20,000.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0783352701 | I.B. | 5/2/2025 | 64999 | $20,000.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0783352701 | I.B. | 5/2/2025 | Ancillary Services & Supplies | $2,642.22 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0651315889 | O.C. | 5/4/2022 | 0232T | $3,640.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0651315889 | O.C. | 5/4/2022 | Ancillary Services & Supplies | $1,058.37 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0605731124 | K.C. | 5/13/2021 | 64635 | $10,576.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0605731124 | K.C. | 5/13/2021 | 64636 | $7,756.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0605731124 | K.C. | 5/13/2021 | Ancillary Services & Supplies | $582.21 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0802956755 | M.C. | 12/5/2025 | 0232T | $7,500.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0802956755 | M.C. | 12/5/2025 | Ancillary Services & Supplies | $379.68 |
| The Gables Surgical Center | Allstate Indemnity Company | 0663705977 | K.C. | 5/13/2022 | 0232T | $3,640.00 |
| The Gables Surgical Center | Allstate Indemnity Company | 0663705977 | K.C. | 5/13/2022 | Ancillary Services & Supplies | $94.05 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0593220956 | V.D. | 8/6/2021 | 64635 | $10,576.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0593220956 | V.D. | 8/6/2021 | 64636 | $7,756.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0593220956 | V.D. | 8/6/2021 | Ancillary Services & Supplies | $9,928.47 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0573712254 | B.D. | 12/9/2021 | 64635 | $10,576.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0573712254 | B.D. | 12/9/2021 | 64636 | $7,756.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0573712254 | B.D. | 12/9/2021 | Ancillary Services & Supplies | $298.59 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0637887258 | Y.D. | 2/25/2022 | 64635 | $10,576.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0637887258 | Y.D. | 2/25/2022 | 64636 | $7,756.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0637887258 | Y.D. | 2/25/2022 | Ancillary Services & Supplies | $400.87 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0765288089 | M.D. | 5/19/2025 | 63030 | $26,825.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0765288089 | M.D. | 5/19/2025 | 63035 | $18,880.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0765288089 | M.D. | 5/19/2025 | Ancillary Services & Supplies | $7,134.66 |
| The Gables Surgical Center | Allstate Property and Casualty Insurance Company | 0677914707 | R.D. | 12/9/2022 | 64635 | $10,576.00 |
| The Gables Surgical Center | Allstate Property and Casualty Insurance Company | 0677914707 | R.D. | 12/9/2022 | 64636 | $7,756.00 |
| The Gables Surgical Center | Allstate Property and Casualty Insurance Company | 0677914707 | R.D. | 12/9/2022 | Ancillary Services & Supplies | $412.05 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0742583446 | S.F. | 6/28/2024 | 64635 | $10,576.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0742583446 | S.F. | 6/28/2024 | 64636 | $7,756.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0742583446 | S.F. | 6/28/2024 | Ancillary Services & Supplies | $398.91 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0637826843 | A.F. | 2/21/2022 | 0232T | $1,000.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0637826843 | A.F. | 2/21/2022 | Ancillary Services & Supplies | $3,009.90 |
| The Gables Surgical Center | Allstate Insurance Company | 0607693223 | D.F. | 4/14/2021 | 64999 | $20,000.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0607693223 | D.F. | 4/14/2021 | Ancillary Services & Supplies | $4,049.01 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0721175412 | V.F. | 12/6/2023 | 27096 | $1,658.92 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0721175412 | V.F. | 12/6/2023 | 64490 | $3,626.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0721175412 | V.F. | 12/6/2023 | Ancillary Services & Supplies | $204.45 |

1

Allstate Insurance Company, et al. v. PSHS Alpha Partners, LLC, et al.

**Exhibit 2 - PSHS Beta Partners, LLC d/b/a The Gables Surgical Center**

**Chart of Patients and Treatment at Issue**

| Defendant | Plaintiff | Claim Number | Patient Initials | Date of Service | Treatment Billed | Amount Billed |
|---|---|---|---|---|---|---|
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0718547276 | G.F. | 8/16/2023 | 29881 | $12,308.20 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0629357187 | H.G. | 9/29/2021 | 62287 | $20,000.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0629357187 | H.G. | 9/29/2021 | Ancillary Services & Supplies | $8,642.49 |
| The Gables Surgical Center | Allstate Property and Casualty Insurance Company | 0610293029 | F.G. | 5/21/2021 | 64633 | $5,288.00 |
| The Gables Surgical Center | Allstate Property and Casualty Insurance Company | 0610293029 | F.G. | 5/21/2021 | 64634 | $3,878.00 |
| The Gables Surgical Center | Allstate Property and Casualty Insurance Company | 0610293029 | F.G. | 5/21/2021 | Ancillary Services & Supplies | $238.77 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0688510213 | T.G. | 3/10/2023 | 64633 | $10,576.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0688510213 | T.G. | 3/10/2023 | 64634 | $7,756.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0688510213 | T.G. | 3/10/2023 | Ancillary Services & Supplies | $1,229.37 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0736515981 | Y.G. | 1/24/2024 | 0232T | $15,000.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0736515981 | Y.G. | 1/24/2024 | Ancillary Services & Supplies | $358.92 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0752688879 | G.H. | 7/19/2024 | 62321 | $3,857.71 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0752688879 | G.H. | 7/19/2024 | Ancillary Services & Supplies | $166.05 |
| The Gables Surgical Center | Allstate Property and Casualty Insurance Company | 0757057633 | G.H. | 7/19/2024 | 62321 | $3,857.71 |
| The Gables Surgical Center | Allstate Property and Casualty Insurance Company | 0757057633 | G.H. | 7/19/2024 | Ancillary Services & Supplies | $166.05 |
| The Gables Surgical Center | Allstate Insurance Company | 0591091657 | P.H. | 6/4/2021 | 64999 | $20,000.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0591091657 | P.H. | 6/4/2021 | 0219T | $20,000.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0591091657 | P.H. | 6/4/2021 | Ancillary Services & Supplies | $25,004.13 |
| The Gables Surgical Center | Allstate Insurance Company | 0710913880 | L.H. | 6/23/2023 | 63075 | $20,000.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0710913880 | L.H. | 6/23/2023 | 64999 | $20,000.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0710913880 | L.H. | 6/23/2023 | Ancillary Services & Supplies | $8,285.07 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0642937726 | C.H. | 2/18/2022 | 63650 | $21,440.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0642937726 | C.H. | 2/18/2022 | Ancillary Services & Supplies | $15,178.75 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0642937726 | C.H. | 3/4/2022 | 63650 | $21,440.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0642937726 | C.H. | 3/4/2022 | Ancillary Services & Supplies | $302.49 |
| The Gables Surgical Center | Allstate Insurance Company | 0640898457 | S.H. | 12/17/2021 | 64635 | $10,576.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0640898457 | S.H. | 12/17/2021 | 64636 | $7,756.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0640898457 | S.H. | 12/17/2021 | Ancillary Services & Supplies | $227.02 |
| The Gables Surgical Center | Allstate Insurance Company | 0640898457 | S.H. | 4/25/2025 | 64633 | $5,288.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0640898457 | S.H. | 4/25/2025 | 64634 | $1,939.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0640898457 | S.H. | 4/25/2025 | Ancillary Services & Supplies | $275.31 |
| The Gables Surgical Center | Allstate Property and Casualty Insurance Company | 0674485354 | G.J. | 2/27/2024 | 62321 | $3,857.71 |
| The Gables Surgical Center | Allstate Property and Casualty Insurance Company | 0674485354 | G.J. | 2/27/2024 | Ancillary Services & Supplies | $113.67 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0613402742 | P.J. | 9/17/2021 | 64633 | $10,576.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0613402742 | P.J. | 9/17/2021 | 64634 | $7,756.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0613402742 | P.J. | 9/17/2021 | Ancillary Services & Supplies | $248.20 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0722273991 | J.J. | 3/20/2024 | 0232T | $1,500.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0722273991 | J.J. | 3/20/2024 | Ancillary Services & Supplies | $358.71 |
| The Gables Surgical Center | Allstate Insurance Company | 0684602261 | G.L. | 1/21/2023 | 27096 | $1,658.92 |
| The Gables Surgical Center | Allstate Insurance Company | 0684602261 | G.L. | 4/11/2023 | 64483 | $1,820.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0684602261 | G.L. | 4/11/2023 | 64484 | $1,820.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0684602261 | G.L. | 6/27/2023 | 64483 | $1,820.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0684602261 | G.L. | 6/27/2023 | 64484 | $3,640.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0677446007 | J.L. | 11/4/2022 | 64635 | $10,576.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0677446007 | J.L. | 11/4/2022 | 64636 | $3,878.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0677446007 | J.L. | 11/4/2022 | Ancillary Services & Supplies | $378.84 |
| The Gables Surgical Center | Allstate Insurance Company | 0648776755 | D.M. | 2/2/2022 | 0232T | $1,000.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0648776755 | D.M. | 2/2/2022 | Ancillary Services & Supplies | $3,017.46 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0618849764 | J.M. | 7/23/2021 | 63047 | $30,000.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0618849764 | J.M. | 7/23/2021 | 63048 | $15,000.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0618849764 | J.M. | 7/23/2021 | Ancillary Services & Supplies | $1,873.44 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0690660816 | M.M. | 1/11/2023 | 29822 | $12,308.20 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0690660816 | M.M. | 1/11/2023 | 29826 | $5,000.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0690660816 | M.M. | 1/11/2023 | Ancillary Services & Supplies | $1,491.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0695133892 | V.M. | 3/1/2023 | 0232T | $3,640.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0695133892 | V.M. | 3/1/2023 | Ancillary Services & Supplies | $1,077.18 |
| The Gables Surgical Center | Allstate Insurance Company | 0624337267 | J.M. | 9/15/2021 | 64490 | $3,626.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0624337267 | J.M. | 9/15/2021 | 64491 | $2,400.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0624337267 | J.M. | 9/15/2021 | Ancillary Services & Supplies | $426.96 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0669248049 | E.M. | 12/9/2022 | 64635 | $5,288.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0669248049 | E.M. | 12/9/2022 | 64636 | $13,044.00 |

2

**Allstate Insurance Company, et al. v. PSHS Alpha Partners, LLC, et al.**
**Exhibit 2 - PSHS Beta Partners, LLC d/b/a The Gables Surgical Center**
**Chart of Patients and Treatment at Issue**

| Defendant | Plaintiff | Claim Number | Patient Initials | Date of Service | Treatment Billed | Amount Billed |
|---|---|---|---|---|---|---|
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0669248049 | E.M. | 12/9/2022 | Ancillary Services & Supplies | $346.05 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0761964543 | C.M. | 11/20/2024 | 64999 | $45,000.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0761964543 | C.M. | 11/20/2024 | Ancillary Services & Supplies | $1,047.06 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0728860354 | J.M. | 7/1/2024 | 63047 | $30,000.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0728860354 | J.M. | 7/1/2024 | Ancillary Services & Supplies | $2,015.49 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0667730725 | F.M. | 9/30/2022 | 64635 | $10,576.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0667730725 | F.M. | 9/30/2022 | 64636 | $7,756.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0667730725 | F.M. | 9/30/2022 | Ancillary Services & Supplies | $269.60 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0604575308 | H.M. | 7/9/2021 | 64633 | $10,576.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0604575308 | H.M. | 7/9/2021 | 64634 | $7,756.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0604575308 | H.M. | 7/9/2021 | 64635 | $10,576.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0604575308 | H.M. | 7/9/2021 | 64636 | $7,756.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0604575308 | H.M. | 7/9/2021 | Ancillary Services & Supplies | $773.73 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0733431035 | Y.M. | 6/14/2024 | 64635 | $10,576.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0733431035 | Y.M. | 6/14/2024 | 64636 | $7,756.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0733431035 | Y.M. | 6/14/2024 | Ancillary Services & Supplies | $403.38 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0585124100 | M.M. | 8/12/2022 | 62380 | $20,000.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0585124100 | M.M. | 8/12/2022 | Ancillary Services & Supplies | $8,794.23 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0774047203 | M.P. | 1/23/2024 | 64483 | $3,640.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0774047203 | M.P. | 1/23/2024 | Ancillary Services & Supplies | $169.23 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0774047203 | M.P. | 2/27/2024 | 64483 | $3,640.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0774047203 | M.P. | 2/27/2024 | Ancillary Services & Supplies | $176.40 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0736147091 | C.P. | 2/18/2025 | 64483 | $1,820.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0736147091 | C.P. | 2/18/2025 | 64484 | $1,820.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0736147091 | C.P. | 2/18/2025 | Ancillary Services & Supplies | $169.38 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0662116540 | J.P. | 8/3/2022 | 0232T | $3,640.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0662116540 | J.P. | 8/3/2022 | Ancillary Services & Supplies | $1,062.12 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0579968107 | A.P. | 4/16/2021 | 22856 | $56,489.40 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0579968107 | A.P. | 4/16/2021 | 22858 | $18,000.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0579968107 | A.P. | 4/16/2021 | Ancillary Services & Supplies | $42,805.65 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0730733557 | K.P. | 2/21/2024 | 64483 | $1,820.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0730733557 | K.P. | 2/21/2024 | 64493 | $3,626.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0730733557 | K.P. | 2/21/2024 | 64494 | $2,400.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0730733557 | K.P. | 2/21/2024 | 64495 | $3,640.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0730733557 | K.P. | 2/21/2024 | Ancillary Services & Supplies | $606.87 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0641122205 | N.R. | 4/15/2022 | 62287 | $20,000.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0641122205 | N.R. | 4/15/2022 | Ancillary Services & Supplies | $8,729.88 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0611247537 | J.R. | 10/8/2021 | 64999 | $20,000.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0611247537 | J.R. | 10/8/2021 | Ancillary Services & Supplies | $8,688.78 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0680625308 | G.R. | 12/9/2022 | 64633 | $10,576.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0680625308 | G.R. | 12/9/2022 | 64634 | $7,756.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0680625308 | G.R. | 12/9/2022 | Ancillary Services & Supplies | $258.23 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0681198767 | J.R. | 12/14/2022 | 0232T | $3,640.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0681198767 | J.R. | 12/14/2022 | Ancillary Services & Supplies | $1,085.43 |
| The Gables Surgical Center | Allstate Insurance Company | 0691614969 | M.R. | 11/10/2022 | 10140 | $1,000.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0691614969 | M.R. | 11/10/2022 | 26037 | $3,432.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0691614969 | M.R. | 11/10/2022 | Ancillary Services & Supplies | $187.41 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0776290298 | W.R. | 2/7/2025 | 63020 | $24,430.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0776290298 | W.R. | 2/7/2025 | Ancillary Services & Supplies | $2,603.07 |
| The Gables Surgical Center | Allstate Indemnity Company | 0752380709 | M.S. | 5/29/2024 | 64999 | $7,500.00 |
| The Gables Surgical Center | Allstate Indemnity Company | 0752380709 | M.S. | 5/29/2024 | Ancillary Services & Supplies | $397.11 |
| The Gables Surgical Center | Allstate Insurance Company | 0478991664 | A.S. | 1/26/2021 | 64483 | $1,820.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0635930976 | T.S. | 6/15/2022 | 62321 | $1,338.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0635930976 | T.S. | 6/15/2022 | 62323 | $1,317.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0635930976 | T.S. | 6/15/2022 | Ancillary Services & Supplies | $127.53 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0725413892 | A.S. | 6/28/2024 | 64625 | $3,882.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0725413892 | A.S. | 6/28/2024 | Ancillary Services & Supplies | $272.82 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0802744292 | A.S. | 10/20/2025 | 64999 | $60,000.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0802744292 | A.S. | 10/20/2025 | Ancillary Services & Supplies | $659.28 |
| The Gables Surgical Center | Allstate Property and Casualty Insurance Company | 0677914707 | M.T. | 1/20/2023 | 64635 | $10,576.00 |
| The Gables Surgical Center | Allstate Property and Casualty Insurance Company | 0677914707 | M.T. | 1/20/2023 | 64636 | $7,756.00 |

**Allstate Insurance Company, et al. v. PSHS Alpha Partners, LLC, et al.**
**Exhibit 2 - PSHS Beta Partners, LLC d/b/a The Gables Surgical Center**
**Chart of Patients and Treatment at Issue**

| Defendant | Plaintiff | Claim Number | Patient Initials | Date of Service | Treatment Billed | Amount Billed |
|---|---|---|---|---|---|---|
| The Gables Surgical Center | Allstate Property and Casualty Insurance Company | 0677914707 | M.T. | 1/20/2023 | Ancillary Services & Supplies | $355.98 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0647566629 | T.T. | 2/7/2022 | 22856 | $56,489.40 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0647566629 | T.T. | 2/7/2022 | Ancillary Services & Supplies | $20,516.25 |
| The Gables Surgical Center | Allstate Insurance Company | 0678380700 | B.T. | 5/10/2024 | 64633 | $10,576.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0678380700 | B.T. | 5/10/2024 | 64634 | $7,756.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0678380700 | B.T. | 5/10/2024 | Ancillary Services & Supplies | $665.13 |
| The Gables Surgical Center | Allstate Insurance Company | 0650982275 | P.U. | 5/18/2022 | 22856 | $56,489.40 |
| The Gables Surgical Center | Allstate Insurance Company | 0650982275 | P.U. | 5/18/2022 | Ancillary Services & Supplies | $19,779.81 |
| The Gables Surgical Center | Allstate Property and Casualty Insurance Company | 0739652815 | J.V. | 6/28/2024 | 64633 | $10,576.00 |
| The Gables Surgical Center | Allstate Property and Casualty Insurance Company | 0739652815 | J.V. | 6/28/2024 | 64634 | $7,756.00 |
| The Gables Surgical Center | Allstate Property and Casualty Insurance Company | 0739652815 | J.V. | 6/28/2024 | Ancillary Services & Supplies | $225.72 |
| The Gables Surgical Center | Allstate Insurance Company | 0799652226 | J.V. | 11/17/2025 | 62323 | $3,857.71 |
| The Gables Surgical Center | Allstate Insurance Company | 0799652226 | J.V. | 11/17/2025 | 64493 | $3,626.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0799652226 | J.V. | 11/17/2025 | 64494 | $2,400.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0799652226 | J.V. | 11/17/2025 | 64495 | $3,640.00 |
| The Gables Surgical Center | Allstate Insurance Company | 0799652226 | J.V. | 11/17/2025 | Ancillary Services & Supplies | $96.33 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0626953517 | M.V. | 2/28/2022 | 63030 | $26,825.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0626953517 | M.V. | 2/28/2022 | 63035 | $9,440.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0626953517 | M.V. | 2/28/2022 | 0221T | $15,000.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0626953517 | M.V. | 2/28/2022 | 0222T | $22,500.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0626953517 | M.V. | 2/28/2022 | Ancillary Services & Supplies | $35,579.22 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0612432336 | N.V. | 7/28/2021 | 0232T | $1,000.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0612432336 | N.V. | 7/28/2021 | Ancillary Services & Supplies | $1,145.40 |
| The Gables Surgical Center | Allstate Property and Casualty Insurance Company | 0661355735 | R.V. | 6/27/2022 | 22856 | $56,489.40 |
| The Gables Surgical Center | Allstate Property and Casualty Insurance Company | 0661355735 | R.V. | 6/27/2022 | 22858 | $18,000.00 |
| The Gables Surgical Center | Allstate Property and Casualty Insurance Company | 0661355735 | R.V. | 6/27/2022 | Ancillary Services & Supplies | $15,494.70 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0639247246 | A.W. | 11/12/2021 | 22514 | $17,045.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0639247246 | A.W. | 11/12/2021 | 22515 | $0.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0639247246 | A.W. | 11/12/2021 | Ancillary Services & Supplies | $376.68 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0639247246 | A.W. | 1/28/2022 | 64999 | $20,000.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0639247246 | A.W. | 1/28/2022 | Ancillary Services & Supplies | $8,691.63 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0652641051 | S.W. | 9/14/2022 | 0232T | $3,640.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0652641051 | S.W. | 9/14/2022 | Ancillary Services & Supplies | $1,057.56 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0648171213 | J.W. | 11/4/2022 | 64635 | $10,576.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0648171213 | J.W. | 11/4/2022 | 64636 | $3,878.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0648171213 | J.W. | 11/4/2022 | Ancillary Services & Supplies | $378.30 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0668645039 | N.W. | 7/11/2022 | 64633 | $10,576.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0668645039 | N.W. | 7/11/2022 | 0232T | $3,640.00 |
| The Gables Surgical Center | Allstate Fire and Casualty Insurance Company | 0668645039 | N.W. | 7/11/2022 | Ancillary Services & Supplies | $1,252.20 |