# EXHIBIT 3

**Allstate Insurance Company, et al. v. PSHS Alpha Partners, LLC, et al.**
**Exhibit 3 - Jacksonville Beach Surgery Center, LLC**
**Chart of Patients and Treatment at Issue**

| Defendant | Plaintiff | Claim Number | Patient Initials | Date of Service | Treatment Billed | Amount Billed |
|---|---|---|---|---|---|---|
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0733355010 | S.B. | 4/29/2024 | 64633 | $10,576.00 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0733355010 | S.B. | 4/29/2024 | 64634 | $9,586.42 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0733355010 | S.B. | 4/29/2024 | 64635 | $10,576.00 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0733355010 | S.B. | 4/29/2024 | 64636 | $9,586.42 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0733355010 | S.B. | 4/29/2024 | Ancillary Services & Supplies | $853.86 |
| Jacksonville Beach Surgery Center | Allstate Property and Casualty Insurance Company | 0601359318 | L.B. | 5/20/2022 | 62323 | $3,857.71 |
| Jacksonville Beach Surgery Center | Allstate Property and Casualty Insurance Company | 0601359318 | L.B. | 5/20/2022 | Ancillary Services & Supplies | $183.60 |
| Jacksonville Beach Surgery Center | Allstate Property and Casualty Insurance Company | 0601359318 | L.B. | 10/21/2022 | 62321 | $3,857.71 |
| Jacksonville Beach Surgery Center | Allstate Property and Casualty Insurance Company | 0601359318 | L.B. | 10/21/2022 | Ancillary Services & Supplies | $200.36 |
| Jacksonville Beach Surgery Center | Allstate Property and Casualty Insurance Company | 0601359318 | L.B. | 7/28/2023 | 62323 | $3,857.71 |
| Jacksonville Beach Surgery Center | Allstate Property and Casualty Insurance Company | 0601359318 | L.B. | 7/28/2023 | Ancillary Services & Supplies | $113.03 |
| Jacksonville Beach Surgery Center | Allstate Property and Casualty Insurance Company | 0601359318 | L.B. | 8/25/2023 | 62321 | $3,857.71 |
| Jacksonville Beach Surgery Center | Allstate Property and Casualty Insurance Company | 0601359318 | L.B. | 8/25/2023 | Ancillary Services & Supplies | $113.06 |
| Jacksonville Beach Surgery Center | Allstate Insurance Company | 0626054332 | T.B. | 9/24/2021 | 64625 | $3,912.30 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0582419933 | J.B. | 6/30/2022 | 64633 | $10,576.00 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0582419933 | J.B. | 6/30/2022 | 64634 | $28,759.26 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0582419933 | J.B. | 6/30/2022 | Ancillary Services & Supplies | $488.70 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0613286905 | S.C. | 10/14/2022 | Ancillary Services & Supplies | $128.58 |
| Jacksonville Beach Surgery Center | Allstate Insurance Company | 0569096315 | J.C. | 2/12/2021 | 64633 | $4,432.00 |
| Jacksonville Beach Surgery Center | Allstate Insurance Company | 0569096315 | J.C. | 2/12/2021 | 64634 | $4,432.00 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0566465984 | J.C. | 2/17/2022 | Ancillary Services & Supplies | $63.03 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0566465984 | J.C. | 2/17/2022 | G0260 | $2,989.27 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0566465984 | J.C. | 3/31/2022 | 64625 | $4,029.67 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0566465984 | J.C. | 3/31/2022 | Ancillary Services & Supplies | $256.35 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0680343217 | T.H. | 10/18/2023 | 19325 | $25,268.26 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0680343217 | T.H. | 10/18/2023 | 19328 | $6,996.00 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0680343217 | T.H. | 10/18/2023 | 19371 | $6,996.00 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0744276932 | K.H. | 1/8/2025 | 64490 | $3,965.86 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0744276932 | K.H. | 3/19/2025 | 64490 | $7,931.72 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0744276932 | K.H. | 4/23/2025 | 64633 | $5,288.00 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0593262512 | K.H. | 3/19/2021 | 64633 | $4,653.60 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0593262512 | K.H. | 3/19/2021 | 64634 | $4,653.60 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0664051315 | S.J. | 5/23/2022 | 64490 | $3,965.86 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0664051315 | S.J. | 5/23/2022 | 64491 | $3,965.86 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0664051315 | S.J. | 11/29/2022 | 64633 | $5,288.00 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0664051315 | S.J. | 11/29/2022 | 64634 | $4,793.21 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0612260638 | T.J. | 5/17/2021 | 64635 | $4,653.60 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0612260638 | T.J. | 5/17/2021 | 64636 | $4,653.60 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0666694047 | D.L. | 11/11/2022 | 64633 | $5,288.00 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0666694047 | D.L. | 11/11/2022 | 64634 | $4,793.21 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0666694047 | D.L. | 11/11/2022 | Ancillary Services & Supplies | $169.89 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0629868885 | D.M. | 10/21/2021 | 63030 | $25,526.55 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0669804550 | D.M. | 2/10/2023 | 64635 | $5,288.00 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0669804550 | D.M. | 2/10/2023 | 64636 | $4,793.21 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0669804550 | D.M. | 2/10/2023 | Ancillary Services & Supplies | $203.47 |
| Jacksonville Beach Surgery Center | Allstate Property and Casualty Insurance Company | 0617166707 | A.N. | 9/24/2021 | 64633 | $4,653.60 |
| Jacksonville Beach Surgery Center | Allstate Property and Casualty Insurance Company | 0617166707 | A.N. | 9/24/2021 | 64634 | $4,653.60 |
| Jacksonville Beach Surgery Center | Allstate Insurance Company | 0704241827 | S.P. | 8/16/2024 | 20930 | $7,650.53 |
| Jacksonville Beach Surgery Center | Allstate Insurance Company | 0704241827 | S.P. | 8/16/2024 | 22612 | $23,717.00 |
| Jacksonville Beach Surgery Center | Allstate Insurance Company | 0704241827 | S.P. | 8/16/2024 | 22840 | $13,145.63 |
| Jacksonville Beach Surgery Center | Allstate Insurance Company | 0704241827 | S.P. | 8/16/2024 | Ancillary Services & Supplies | $30,056.44 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0541282364 | C.P. | 8/19/2022 | 63650 | $41,836.00 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0541282364 | C.P. | 8/19/2022 | 63685 | $95,175.00 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0668667025 | E.S. | 6/22/2022 | 62321 | $3,857.71 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0631690970 | L.Y. | 3/1/2022 | 20930 | $7,650.53 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0631690970 | L.Y. | 3/1/2022 | 20936 | $4,711.01 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0631690970 | L.Y. | 3/1/2022 | 22630 | $25,039.97 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0631690970 | L.Y. | 3/1/2022 | 22632 | $9,201.40 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0631690970 | L.Y. | 3/1/2022 | 22853 | $15,774.76 |
| Jacksonville Beach Surgery Center | Allstate Fire and Casualty Insurance Company | 0631690970 | L.Y. | 3/1/2022 | Ancillary Services & Supplies | $5,848.78 |