# EXHIBIT 4

**Allstate Insurance Company, et al. v. PSHS Alpha Partners, LLC, et al.**
**Exhibit 4 - Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center**
**Chart of Patients and Treatment at Issue**

| Defendant | Plaintiff | Claim Number | Patient Initials | Date of Service | Treatment Billed | Amount Billed |
|---|---|---|---|---|---|---|
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0630624633 | R.A. | 7/19/2022 | 64493 | $3,626.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0630624633 | R.A. | 7/19/2022 | 64494 | $2,400.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0630624633 | R.A. | 7/19/2022 | Ancillary Services & Supplies | $88.95 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0599650784 | P.A. | 10/19/2022 | 64635 | $10,576.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0599650784 | P.A. | 10/19/2022 | 64636 | $3,878.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0599650784 | P.A. | 10/19/2022 | Ancillary Services & Supplies | $156.15 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0650284920 | C.A. | 2/15/2022 | 64633 | $10,576.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0650284920 | C.A. | 2/15/2022 | 64634 | $7,756.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0650284920 | C.A. | 2/15/2022 | 64635 | $10,576.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0650284920 | C.A. | 2/15/2022 | 64636 | $7,756.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0650284920 | C.A. | 2/15/2022 | Ancillary Services & Supplies | $301.26 |
| Medical Village Surgical Center | Allstate Indemnity Company | 0759932055 | C.B. | 8/15/2024 | 62323 | $3,857.71 |
| Medical Village Surgical Center | Allstate Indemnity Company | 0759932055 | C.B. | 8/15/2024 | Ancillary Services & Supplies | $267.54 |
| Medical Village Surgical Center | Allstate Indemnity Company | 0759932055 | C.B. | 10/3/2024 | 22856 | $56,489.40 |
| Medical Village Surgical Center | Allstate Indemnity Company | 0759932055 | C.B. | 10/3/2024 | 22858 | $18,000.00 |
| Medical Village Surgical Center | Allstate Indemnity Company | 0759932055 | C.B. | 10/3/2024 | Ancillary Services & Supplies | $41,118.39 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0658935200 | J.B. | 3/15/2022 | 64633 | $10,576.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0658935200 | J.B. | 3/15/2022 | 64634 | $7,756.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0658935200 | J.B. | 3/15/2022 | 64635 | $10,576.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0658935200 | J.B. | 3/15/2022 | 64636 | $3,878.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0658935200 | J.B. | 3/15/2022 | Ancillary Services & Supplies | $292.83 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0742598864 | W.B. | 7/16/2025 | 64635 | $10,576.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0742598864 | W.B. | 7/16/2025 | 64636 | $7,756.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0742598864 | W.B. | 7/16/2025 | Ancillary Services & Supplies | $903.63 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0628245557 | G.C. | 3/29/2023 | 22526 | $10,920.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0628245557 | G.C. | 3/29/2023 | 64635 | $10,576.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0628245557 | G.C. | 3/29/2023 | 64636 | $3,878.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0628245557 | G.C. | 3/29/2023 | 0275T | $24,500.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0628245557 | G.C. | 3/29/2023 | Ancillary Services & Supplies | $6,925.95 |
| Medical Village Surgical Center | Allstate Insurance Company | 0628483430 | R.C. | 8/31/2022 | 64635 | $10,576.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0628483430 | R.C. | 8/31/2022 | 64636 | $3,878.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0628483430 | R.C. | 8/31/2022 | Ancillary Services & Supplies | $1,432.05 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0753320548 | M.C. | 10/16/2024 | 62321 | $3,857.71 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0753320548 | M.C. | 10/16/2024 | 64635 | $5,288.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0753320548 | M.C. | 10/16/2024 | 64636 | $3,878.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0753320548 | M.C. | 10/16/2024 | Ancillary Services & Supplies | $482.94 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0649802443 | S.C. | 3/23/2022 | 22856 | $56,489.40 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0649802443 | S.C. | 3/23/2022 | 63081 | $11,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0649802443 | S.C. | 3/23/2022 | Ancillary Services & Supplies | $16,873.08 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0661803106 | H.C. | 11/8/2022 | 20930 | $6,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0661803106 | H.C. | 11/8/2022 | 22551 | $33,648.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0661803106 | H.C. | 11/8/2022 | 22845 | $12,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0661803106 | H.C. | 11/8/2022 | 22853 | $6,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0661803106 | H.C. | 11/8/2022 | Ancillary Services & Supplies | $12,507.99 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0713049377 | T.C. | 5/29/2024 | Ancillary Services & Supplies | $10,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0713049377 | T.C. | 5/29/2024 | J2704 | $140.00 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0677130460 | A.F. | 1/16/2023 | 29823 | $12,308.20 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0677130460 | A.F. | 1/16/2023 | 29826 | $5,915.00 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0677130460 | A.F. | 1/16/2023 | Ancillary Services & Supplies | $6,903.09 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0677130460 | A.F. | 6/27/2023 | 20930 | $6,000.00 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0677130460 | A.F. | 6/27/2023 | 22551 | $33,648.00 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0677130460 | A.F. | 6/27/2023 | 22845 | $12,000.00 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0677130460 | A.F. | 6/27/2023 | 22853 | $6,000.00 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0677130460 | A.F. | 6/27/2023 | Ancillary Services & Supplies | $12,241.21 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0647610484 | T.F. | 1/29/2024 | 62323 | $2,474.32 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0647610484 | T.F. | 1/29/2024 | 63030 | $22,577.28 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0647610484 | T.F. | 1/29/2024 | 64772 | $55,908.72 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0647610484 | T.F. | 1/29/2024 | Ancillary Services & Supplies | $5,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0656106002 | M.F. | 3/31/2022 | 29880 | $12,308.20 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0656106002 | M.F. | 3/31/2022 | Ancillary Services & Supplies | $2,827.56 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0719586827 | P.F. | 1/26/2024 | 64635 | $6,212.08 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0719586827 | P.F. | 6/7/2024 | 64483 | $3,553.44 |

1

**Allstate Insurance Company, et al. v. PSHS Alpha Partners, LLC, et al.**
Exhibit 4 - Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center
Chart of Patients and Treatment at Issue

| Defendant | Plaintiff | Claim Number | Patient Initials | Date of Service | Treatment Billed | Amount Billed |
|---|---|---|---|---|---|---|
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0747901817 | D.G. | 3/12/2025 | 64635 | $5,288.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0747901817 | D.G. | 3/12/2025 | 64636 | $3,878.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0747901817 | D.G. | 3/12/2025 | Ancillary Services & Supplies | $490.35 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0735674319 | F.G. | 7/3/2024 | 64635 | $10,576.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0735674319 | F.G. | 7/3/2024 | 64636 | $7,756.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0735674319 | F.G. | 7/3/2024 | Ancillary Services & Supplies | $1,197.27 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0739350478 | G.G. | 7/10/2024 | 62321 | $2,696.08 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0739350478 | G.G. | 7/10/2024 | 64405 | $555.52 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0739350478 | G.G. | 7/10/2024 | 64490 | $7,106.88 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0739350478 | G.G. | 7/10/2024 | 64491 | $10,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0739350478 | G.G. | 7/10/2024 | 64492 | $10,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0739350478 | G.G. | 7/10/2024 | Ancillary Services & Supplies | $10,560.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0664085693 | E.H. | 9/21/2022 | 64635 | $10,576.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0664085693 | E.H. | 9/21/2022 | 64636 | $7,756.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0664085693 | E.H. | 9/21/2022 | Ancillary Services & Supplies | $917.97 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0631310158 | A.H. | 3/23/2022 | 64633 | $5,288.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0631310158 | A.H. | 3/23/2022 | 64634 | $3,878.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0631310158 | A.H. | 3/23/2022 | Ancillary Services & Supplies | $516.12 |
| Medical Village Surgical Center | Allstate Insurance Company | 0703428342 | E.H. | 1/19/2024 | 27279 | $102,014.24 |
| Medical Village Surgical Center | Allstate Insurance Company | 0703428342 | E.H. | 1/19/2024 | Ancillary Services & Supplies | $5,280.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0661787705 | H.H. | 5/11/2023 | 64490 | $6,415.36 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0661787705 | H.H. | 5/11/2023 | 64491 | $10,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0661787705 | H.H. | 5/11/2023 | Ancillary Services & Supplies | $10,350.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0776285801 | A.H. | 3/11/2025 | 62321 | $3,857.71 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0776285801 | A.H. | 3/11/2025 | 62323 | $3,857.71 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0776285801 | A.H. | 3/11/2025 | Ancillary Services & Supplies | $173.22 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0776285801 | A.H. | 4/21/2025 | 0232T | $7,500.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0776285801 | A.H. | 4/21/2025 | Ancillary Services & Supplies | $1,326.07 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0776285801 | A.H. | 7/21/2025 | 29806 | $12,948.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0776285801 | A.H. | 7/21/2025 | Ancillary Services & Supplies | $7,587.51 |
| Medical Village Surgical Center | Allstate Indemnity Company | 0638701243 | K.H. | 4/11/2023 | 63030 | $26,825.00 |
| Medical Village Surgical Center | Allstate Indemnity Company | 0638701243 | K.H. | 4/11/2023 | Ancillary Services & Supplies | $1,041.24 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0715311221 | J.J. | 7/25/2023 | 27096 | $10,000.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0651901332 | T.K. | 4/5/2022 | 63030 | $26,825.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0651901332 | T.K. | 4/5/2022 | Ancillary Services & Supplies | $3,323.07 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0599622312 | F.K. | 8/29/2024 | 64633 | $13,494.56 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0599622312 | F.K. | 8/29/2024 | Ancillary Services & Supplies | $5,560.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0763566932 | J.K. | 10/15/2024 | 23550 | $12,948.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0763566932 | J.K. | 10/15/2024 | 29820 | $12,948.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0763566932 | J.K. | 10/15/2024 | Ancillary Services & Supplies | $11,925.96 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0786598614 | B.L. | 2/24/2025 | 20999 | $25,875.68 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0786598614 | B.L. | 2/24/2025 | 64633 | $14,048.64 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0786598614 | B.L. | 2/24/2025 | 64634 | $20,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0786598614 | B.L. | 2/24/2025 | 64999 | $40,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0786598614 | B.L. | 2/24/2025 | Ancillary Services & Supplies | $10,280.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0594329856 | L.L. | 1/17/2023 | 63030 | $26,825.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0594329856 | L.L. | 1/17/2023 | 63035 | $18,793.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0594329856 | L.L. | 1/17/2023 | Ancillary Services & Supplies | $1,632.78 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0665195201 | J.L. | 3/1/2023 | 64635 | $10,576.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0665195201 | J.L. | 3/1/2023 | 64636 | $7,756.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0665195201 | J.L. | 3/1/2023 | Ancillary Services & Supplies | $512.85 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0802200477 | R.L. | 2/11/2026 | 22856 | $56,489.40 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0802200477 | R.L. | 2/11/2026 | 22858 | $18,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0802200477 | R.L. | 2/11/2026 | Ancillary Services & Supplies | $34,346.91 |
| Medical Village Surgical Center | Allstate Insurance Company | 0642777270 | J.M. | 4/11/2023 | 64483 | $1,820.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0642777270 | J.M. | 4/11/2023 | Ancillary Services & Supplies | $127.47 |
| Medical Village Surgical Center | Allstate Insurance Company | 0642777270 | J.M. | 8/8/2023 | 64483 | $1,820.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0642777270 | J.M. | 8/8/2023 | Ancillary Services & Supplies | $156.36 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0622078269 | K.M. | 1/19/2022 | 64493 | $8,019.20 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0622078269 | K.M. | 1/19/2022 | 64494 | $10,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0622078269 | K.M. | 1/19/2022 | Ancillary Services & Supplies | $10,224.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0737698653 | K.M. | 1/3/2025 | 64635 | $13,494.56 |

**Allstate Insurance Company, et al. v. PSHS Alpha Partners, LLC, et al.**
**Exhibit 4 - Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center**
**Chart of Patients and Treatment at Issue**

| Defendant | Plaintiff | Claim Number | Patient Initials | Date of Service | Treatment Billed | Amount Billed |
|---|---|---|---|---|---|---|
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0737698653 | K.M. | 1/3/2025 | Ancillary Services & Supplies | $5,560.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0619338916 | N.N. | 7/13/2022 | 22856 | $56,489.40 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0619338916 | N.N. | 7/13/2022 | Ancillary Services & Supplies | $18,806.64 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 10/13/2023 | 27096 | $10,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 10/13/2023 | 62321 | $2,474.32 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 10/13/2023 | 62323 | $2,474.32 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 10/13/2023 | 64490 | $6,415.36 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 10/13/2023 | 64491 | $10,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 10/13/2023 | 64492 | $10,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 10/13/2023 | 64493 | $6,415.36 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 10/13/2023 | 64494 | $10,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 10/13/2023 | 64495 | $10,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 10/13/2023 | Ancillary Services & Supplies | $10,560.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 12/1/2023 | 62264 | $6,415.36 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 12/1/2023 | 64435 | $12,242.16 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 12/1/2023 | 64490 | $6,415.36 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 12/1/2023 | 64491 | $10,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 12/1/2023 | 64492 | $10,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 12/1/2023 | 64493 | $6,415.36 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 12/1/2023 | 64494 | $10,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 12/1/2023 | 64495 | $10,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 12/1/2023 | 64633 | $12,424.16 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 12/1/2023 | 64634 | $30,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 12/1/2023 | 64636 | $40,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 12/1/2023 | Ancillary Services & Supplies | $10,840.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0712359918 | R.O. | 12/1/2023 | G0260 | $4,948.64 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0775146830 | R.O. | 3/11/2025 | 62321 | $3,857.71 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0775146830 | R.O. | 3/11/2025 | 62323 | $3,857.71 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0775146830 | R.O. | 3/11/2025 | Ancillary Services & Supplies | $175.20 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0715206744 | H.P. | 8/29/2024 | 64635 | $13,494.56 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0715206744 | H.P. | 8/29/2024 | Ancillary Services & Supplies | $5,560.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0678408881 | V.P. | 2/8/2023 | 64635 | $10,576.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0678408881 | V.P. | 2/8/2023 | 64636 | $3,878.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0678408881 | V.P. | 2/8/2023 | Ancillary Services & Supplies | $512.88 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0632020244 | K.P. | 8/26/2022 | 20931 | $10,000.00 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0632020244 | K.P. | 8/26/2022 | 20936 | $6,000.00 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0632020244 | K.P. | 8/26/2022 | 22551 | $33,648.00 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0632020244 | K.P. | 8/26/2022 | 22845 | $12,000.00 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0632020244 | K.P. | 8/26/2022 | 22853 | $6,000.00 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0632020244 | K.P. | 8/26/2022 | 29881 | $12,308.20 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0632020244 | K.P. | 8/26/2022 | 64635 | $10,576.00 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0632020244 | K.P. | 8/26/2022 | 64636 | $3,878.00 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0632020244 | K.P. | 8/26/2022 | Ancillary Services & Supplies | $13,561.50 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0689177061 | R.P. | 2/22/2023 | 64635 | $10,576.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0689177061 | R.P. | 2/22/2023 | 64636 | $3,878.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0689177061 | R.P. | 2/22/2023 | Ancillary Services & Supplies | $512.85 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0565293248 | E.R. | 1/5/2022 | 64633 | $5,288.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0565293248 | E.R. | 1/5/2022 | 64634 | $1,939.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0565293248 | E.R. | 1/5/2022 | Ancillary Services & Supplies | $703.98 |
| Medical Village Surgical Center | Allstate Insurance Company | 0630603579 | G.R. | 4/20/2022 | 22526 | $10,920.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0630603579 | G.R. | 4/20/2022 | 22856 | $56,489.40 |
| Medical Village Surgical Center | Allstate Insurance Company | 0630603579 | G.R. | 4/20/2022 | 64635 | $10,576.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0630603579 | G.R. | 4/20/2022 | 64636 | $3,878.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0630603579 | G.R. | 4/20/2022 | 0275T | $12,948.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0630603579 | G.R. | 4/20/2022 | Ancillary Services & Supplies | $8,281.14 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0650007107 | I.R. | 12/14/2022 | 64633 | $5,288.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0650007107 | I.R. | 12/14/2022 | 64634 | $3,878.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0650007107 | I.R. | 12/14/2022 | Ancillary Services & Supplies | $513.24 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0772106308 | Y.R. | 1/15/2025 | 64635 | $10,576.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0772106308 | Y.R. | 1/15/2025 | 64636 | $7,756.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0772106308 | Y.R. | 1/15/2025 | Ancillary Services & Supplies | $490.92 |
| Medical Village Surgical Center | Allstate Insurance Company | 0665525721 | J.R. | 10/25/2022 | 64490 | $3,626.00 |

3

**Allstate Insurance Company, et al. v. PSHS Alpha Partners, LLC, et al.**
**Exhibit 4 - Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center**
**Chart of Patients and Treatment at Issue**

| Defendant | Plaintiff | Claim Number | Patient Initials | Date of Service | Treatment Billed | Amount Billed |
|---|---|---|---|---|---|---|
| Medical Village Surgical Center | Allstate Insurance Company | 0665525721 | J.R. | 10/25/2022 | 64491 | $2,400.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0665525721 | J.R. | 10/25/2022 | 64493 | $3,626.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0665525721 | J.R. | 10/25/2022 | 64494 | $2,400.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0665525721 | J.R. | 10/25/2022 | Ancillary Services & Supplies | $165.84 |
| Medical Village Surgical Center | Allstate Insurance Company | 0665525721 | J.R. | 1/17/2023 | 64633 | $10,576.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0665525721 | J.R. | 1/17/2023 | 64634 | $3,878.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0665525721 | J.R. | 1/17/2023 | 64635 | $10,576.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0665525721 | J.R. | 1/17/2023 | 64636 | $3,878.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0665525721 | J.R. | 1/17/2023 | Ancillary Services & Supplies | $329.10 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0643020050 | A.R. | 3/30/2022 | 64633 | $5,288.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0643020050 | A.R. | 3/30/2022 | 64634 | $3,878.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0643020050 | A.R. | 3/30/2022 | Ancillary Services & Supplies | $516.09 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0751656315 | M.S. | 6/5/2024 | 20930 | $6,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0751656315 | M.S. | 6/5/2024 | 20936 | $6,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0751656315 | M.S. | 6/5/2024 | 22551 | $33,648.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0751656315 | M.S. | 6/5/2024 | 22845 | $12,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0751656315 | M.S. | 6/5/2024 | 22853 | $6,000.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0751656315 | M.S. | 6/5/2024 | 64635 | $5,288.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0751656315 | M.S. | 6/5/2024 | 64636 | $1,939.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0751656315 | M.S. | 6/5/2024 | Ancillary Services & Supplies | $15,140.19 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0602558181 | Z.S. | 5/19/2021 | 64493 | $3,626.00 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0602558181 | Z.S. | 5/19/2021 | 64494 | $2,400.00 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0602558181 | Z.S. | 5/19/2021 | 64495 | $3,640.00 |
| Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | 0602558181 | Z.S. | 1/5/2022 | 62323 | $1,317.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0698688462 | M.V. | 8/23/2024 | 29824 | $12,308.20 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0698688462 | M.V. | 8/23/2024 | 29826 | $5,915.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0698688462 | M.V. | 8/23/2024 | Ancillary Services & Supplies | $1,442.28 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0642023097 | C.W. | 1/26/2022 | 64633 | $5,288.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0642023097 | C.W. | 1/26/2022 | 64634 | $3,878.00 |
| Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | 0642023097 | C.W. | 1/26/2022 | Ancillary Services & Supplies | $485.94 |
| Medical Village Surgical Center | Allstate Insurance Company | 0753149961 | K.Y. | 1/23/2025 | 20999 | $45,282.44 |
| Medical Village Surgical Center | Allstate Insurance Company | 0753149961 | K.Y. | 1/23/2025 | 64633 | $13,494.56 |
| Medical Village Surgical Center | Allstate Insurance Company | 0753149961 | K.Y. | 1/23/2025 | 64634 | $50,000.00 |
| Medical Village Surgical Center | Allstate Insurance Company | 0753149961 | K.Y. | 1/23/2025 | Ancillary Services & Supplies | $12,650.00 |