# EXHIBIT 5

**Allstate Insurance Company, et al. v. PSHS Alpha Partners, LLC, et al.**

**Exhibit 5 - ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center**

**Chart of Patients and Treatment at Issue**

| Defendant | Plaintiff | Claim Number | Patient Initials | Date of Service | Treatment Billed | Amount Billed |
|---|---|---|---|---|---|---|
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0586104887 | J.A. | 11/19/2021 | 64635 | $10,576.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0586104887 | J.A. | 11/19/2021 | 64636 | $7,756.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0586104887 | J.A. | 11/19/2021 | Ancillary Services & Supplies | $281.67 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0657613030 | M.A. | 8/18/2022 | 29880 | $12,308.20 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0657613030 | M.A. | 8/18/2022 | Ancillary Services & Supplies | $1,443.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0553197995 | C.B. | 1/18/2021 | 64405 | $2,416.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0553197995 | C.B. | 1/18/2021 | 64490 | $3,626.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0553197995 | C.B. | 1/18/2021 | 64491 | $2,400.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0553197995 | C.B. | 1/18/2021 | 64492 | $3,640.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0553197995 | C.B. | 1/18/2021 | Ancillary Services & Supplies | $384.09 |
| Miami Surgical Center | Allstate Insurance Company | 0638936252 | S.B. | 3/18/2022 | 64493 | $3,626.00 |
| Miami Surgical Center | Allstate Insurance Company | 0638936252 | S.B. | 3/18/2022 | 64494 | $2,400.00 |
| Miami Surgical Center | Allstate Insurance Company | 0638936252 | S.B. | 3/18/2022 | Ancillary Services & Supplies | $115.38 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0640014700 | T.B. | 6/15/2022 | 63030 | $26,825.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0640014700 | T.B. | 6/15/2022 | Ancillary Services & Supplies | $3,956.16 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0680927829 | M.B. | 9/26/2023 | 63020 | $20,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0680927829 | M.B. | 9/26/2023 | Ancillary Services & Supplies | $4,870.80 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0750998329 | M.C. | 5/27/2025 | 29806 | $12,937.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0750998329 | M.C. | 5/27/2025 | 29824 | $12,308.20 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0750998329 | M.C. | 5/27/2025 | 29826 | $5,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0750998329 | M.C. | 5/27/2025 | Ancillary Services & Supplies | $9,378.72 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0603950964 | J.C. | 6/25/2021 | 64493 | $1,813.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0603950964 | J.C. | 6/25/2021 | 64494 | $1,200.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0603950964 | J.C. | 6/25/2021 | 64495 | $1,820.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0603950964 | J.C. | 6/25/2021 | Ancillary Services & Supplies | $34.80 |
| Miami Surgical Center | Allstate Insurance Company | 0621284355 | J.C. | 5/12/2021 | 64490 | $1,813.00 |
| Miami Surgical Center | Allstate Insurance Company | 0621284355 | J.C. | 5/12/2021 | 64491 | $1,200.00 |
| Miami Surgical Center | Allstate Insurance Company | 0621284355 | J.C. | 5/12/2021 | 64492 | $1,820.00 |
| Miami Surgical Center | Allstate Insurance Company | 0621284355 | J.C. | 5/12/2021 | Ancillary Services & Supplies | $161.49 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0760256156 | A.C. | 9/13/2024 | 29823 | $12,308.20 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0760256156 | A.C. | 9/13/2024 | 29828 | $12,937.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0760256156 | A.C. | 9/13/2024 | 0232T | $7,500.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0760256156 | A.C. | 9/13/2024 | Ancillary Services & Supplies | $2,737.11 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0657514600 | K.C. | 6/24/2022 | 20610 | $1,034.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0657514600 | K.C. | 6/24/2022 | 20930 | $6,000.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0657514600 | K.C. | 6/24/2022 | 20936 | $6,000.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0657514600 | K.C. | 6/24/2022 | 22551 | $33,648.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0657514600 | K.C. | 6/24/2022 | 22853 | $6,000.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0657514600 | K.C. | 6/24/2022 | Ancillary Services & Supplies | $5,016.84 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0638925750 | C.D. | 4/29/2022 | 64490 | $3,626.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0638925750 | C.D. | 4/29/2022 | 64491 | $2,400.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0638925750 | C.D. | 4/29/2022 | 64492 | $3,640.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0638925750 | C.D. | 4/29/2022 | Ancillary Services & Supplies | $145.53 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0646089952 | M.D. | 3/25/2022 | 20930 | $6,000.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0646089952 | M.D. | 3/25/2022 | 20936 | $6,000.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0646089952 | M.D. | 3/25/2022 | 22612 | $24,309.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0646089952 | M.D. | 3/25/2022 | 63047 | $30,000.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0646089952 | M.D. | 3/25/2022 | 63048 | $15,000.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0646089952 | M.D. | 3/25/2022 | 64633 | $10,576.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0646089952 | M.D. | 3/25/2022 | Ancillary Services & Supplies | $5,484.78 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0633296545 | T.E. | 8/5/2021 | 25609 | $17,956.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0633296545 | T.E. | 8/5/2021 | Ancillary Services & Supplies | $11,212.74 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0670891984 | N.F. | 1/4/2023 | 64493 | $1,813.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0670891984 | N.F. | 1/4/2023 | 64494 | $1,200.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0670891984 | N.F. | 1/4/2023 | 64495 | $1,820.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0670891984 | N.F. | 1/4/2023 | Ancillary Services & Supplies | $165.66 |
| Miami Surgical Center | Allstate Insurance Company | 0637811076 | J.G. | 7/6/2022 | 20999 | $3,575.00 |
| Miami Surgical Center | Allstate Insurance Company | 0637811076 | J.G. | 7/6/2022 | 64633 | $5,288.00 |

1

**Allstate Insurance Company, et al. v. PSHS Alpha Partners, LLC, et al.**

**Exhibit 5 - ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center**

**Chart of Patients and Treatment at Issue**

| Defendant | Plaintiff | Claim Number | Patient Initials | Date of Service | Treatment Billed | Amount Billed |
|---|---|---|---|---|---|---|
| Miami Surgical Center | Allstate Insurance Company | 0637811076 | J.G. | 7/6/2022 | 64634 | $3,878.00 |
| Miami Surgical Center | Allstate Insurance Company | 0637811076 | J.G. | 7/6/2022 | 64635 | $5,288.00 |
| Miami Surgical Center | Allstate Insurance Company | 0637811076 | J.G. | 7/6/2022 | 64636 | $5,817.00 |
| Miami Surgical Center | Allstate Insurance Company | 0637811076 | J.G. | 7/6/2022 | 0221T | $15,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0637811076 | J.G. | 7/6/2022 | 0222T | $7,500.00 |
| Miami Surgical Center | Allstate Insurance Company | 0637811076 | J.G. | 7/6/2022 | Ancillary Services & Supplies | $13,366.11 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0764729323 | H.H. | 5/28/2025 | 64999 | $7,500.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0764729323 | H.H. | 5/28/2025 | 0232T | $7,500.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0764729323 | H.H. | 5/28/2025 | Ancillary Services & Supplies | $203.10 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0623091238 | R.H. | 1/15/2022 | 63047 | $30,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0623091238 | R.H. | 1/15/2022 | 63048 | $15,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0623091238 | R.H. | 1/15/2022 | Ancillary Services & Supplies | $416.91 |
| Miami Surgical Center | Allstate Insurance Company | 0731816138 | E.H. | 2/19/2024 | 64493 | $3,626.00 |
| Miami Surgical Center | Allstate Insurance Company | 0731816138 | E.H. | 2/19/2024 | 64494 | $2,400.00 |
| Miami Surgical Center | Allstate Insurance Company | 0731816138 | E.H. | 2/19/2024 | 64495 | $3,640.00 |
| Miami Surgical Center | Allstate Insurance Company | 0731816138 | E.H. | 2/19/2024 | Ancillary Services & Supplies | $288.00 |
| Miami Surgical Center | Allstate Insurance Company | 0742812340 | E.H. | 8/28/2024 | 62287 | $20,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0742812340 | E.H. | 8/28/2024 | 64628 | $45,723.00 |
| Miami Surgical Center | Allstate Insurance Company | 0742812340 | E.H. | 8/28/2024 | Ancillary Services & Supplies | $6,363.27 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0776146102 | Y.H. | 6/11/2025 | 29823 | $12,308.20 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0776146102 | Y.H. | 6/11/2025 | 29827 | $26,825.40 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0776146102 | Y.H. | 6/11/2025 | Ancillary Services & Supplies | $9,670.32 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0624369450 | J.H. | 7/28/2021 | 63020 | $20,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0624369450 | J.H. | 7/28/2021 | 63035 | $9,440.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0624369450 | J.H. | 7/28/2021 | 64633 | $5,288.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0624369450 | J.H. | 7/28/2021 | 64635 | $10,576.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0624369450 | J.H. | 7/28/2021 | 64636 | $3,878.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0624369450 | J.H. | 7/28/2021 | 0232T | $1,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0624369450 | J.H. | 7/28/2021 | Ancillary Services & Supplies | $9,327.12 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0565451119 | A.H. | 3/26/2021 | 64493 | $3,626.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0565451119 | A.H. | 3/26/2021 | 64494 | $2,400.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0565451119 | A.H. | 3/26/2021 | 64495 | $3,640.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0565451119 | A.H. | 3/26/2021 | Ancillary Services & Supplies | $145.11 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0565451119 | A.H. | 5/21/2021 | 20999 | $1,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0565451119 | A.H. | 5/21/2021 | 64633 | $10,576.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0565451119 | A.H. | 5/21/2021 | 64635 | $5,288.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0565451119 | A.H. | 5/21/2021 | 64636 | $3,878.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0565451119 | A.H. | 5/21/2021 | Ancillary Services & Supplies | $5,650.47 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0574217352 | D.J. | 5/12/2022 | 29823 | $12,308.20 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0574217352 | D.J. | 5/12/2022 | 29824 | $12,308.20 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0574217352 | D.J. | 5/12/2022 | 29826 | $5,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0574217352 | D.J. | 5/12/2022 | Ancillary Services & Supplies | $1,627.26 |
| Miami Surgical Center | Allstate Insurance Company | 0646096155 | M.J. | 4/22/2022 | 64635 | $10,576.00 |
| Miami Surgical Center | Allstate Insurance Company | 0646096155 | M.J. | 4/22/2022 | 64636 | $3,878.00 |
| Miami Surgical Center | Allstate Insurance Company | 0646096155 | M.J. | 4/22/2022 | Ancillary Services & Supplies | $393.03 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0770920312 | A.J. | 6/27/2025 | 64635 | $10,576.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0770920312 | A.J. | 6/27/2025 | 64636 | $3,878.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0770920312 | A.J. | 6/27/2025 | Ancillary Services & Supplies | $760.86 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0636780966 | B.J. | 11/20/2021 | 64635 | $10,576.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0636780966 | B.J. | 11/20/2021 | 64636 | $7,756.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0636780966 | B.J. | 11/20/2021 | Ancillary Services & Supplies | $191.25 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0621878263 | A.M. | 8/28/2021 | 63047 | $30,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0621878263 | A.M. | 8/28/2021 | 63048 | $15,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0621878263 | A.M. | 8/28/2021 | Ancillary Services & Supplies | $1,173.18 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0715304705 | S.M. | 8/8/2024 | 20930 | $6,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0715304705 | S.M. | 8/8/2024 | 20936 | $6,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0715304705 | S.M. | 8/8/2024 | 22551 | $33,648.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0715304705 | S.M. | 8/8/2024 | 22552 | $9,000.00 |

**Allstate Insurance Company, et al. v. PSHS Alpha Partners, LLC, et al.**

**Exhibit 5 - ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center**

**Chart of Patients and Treatment at Issue**

| Defendant | Plaintiff | Claim Number | Patient Initials | Date of Service | Treatment Billed | Amount Billed |
|---|---|---|---|---|---|---|
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0715304705 | S.M. | 8/8/2024 | 22853 | $6,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0715304705 | S.M. | 8/8/2024 | Ancillary Services & Supplies | $15,492.72 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0594555104 | K.M. | 1/29/2021 | 64490 | $3,626.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0594555104 | K.M. | 1/29/2021 | 64491 | $2,400.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0594555104 | K.M. | 1/29/2021 | 64493 | $3,626.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0594555104 | K.M. | 1/29/2021 | 64494 | $2,400.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0594555104 | K.M. | 1/29/2021 | Ancillary Services & Supplies | $115.50 |
| Miami Surgical Center | Allstate Insurance Company | 0536449951 | R.M. | 8/25/2023 | 64490 | $3,626.00 |
| Miami Surgical Center | Allstate Insurance Company | 0536449951 | R.M. | 8/25/2023 | 64491 | $2,400.00 |
| Miami Surgical Center | Allstate Insurance Company | 0536449951 | R.M. | 8/25/2023 | Ancillary Services & Supplies | $555.00 |
| Miami Surgical Center | Allstate Insurance Company | 0725634711 | J.M. | 10/18/2023 | 29826 | $5,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0725634711 | J.M. | 10/18/2023 | 29827 | $26,825.40 |
| Miami Surgical Center | Allstate Insurance Company | 0725634711 | J.M. | 10/18/2023 | 29828 | $12,937.00 |
| Miami Surgical Center | Allstate Insurance Company | 0725634711 | J.M. | 11/8/2023 | 29819 | $11,687.00 |
| Miami Surgical Center | Allstate Insurance Company | 0725634711 | J.M. | 11/8/2023 | Ancillary Services & Supplies | $1,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0689483279 | R.N. | 3/10/2023 | 63047 | $30,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0689483279 | R.N. | 3/10/2023 | 63048 | $15,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0689483279 | R.N. | 3/10/2023 | Ancillary Services & Supplies | $2,648.07 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0720321876 | A.N. | 1/26/2024 | 64635 | $10,576.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0720321876 | A.N. | 1/26/2024 | 64636 | $7,756.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0720321876 | A.N. | 1/26/2024 | Ancillary Services & Supplies | $526.71 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0742634041 | G.N. | 9/25/2024 | 64635 | $10,576.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0742634041 | G.N. | 9/25/2024 | 64636 | $3,878.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0742634041 | G.N. | 9/25/2024 | Ancillary Services & Supplies | $387.48 |
| Miami Surgical Center | Allstate Insurance Company | 0694772996 | S.P. | 5/11/2023 | 64635 | $10,576.00 |
| Miami Surgical Center | Allstate Insurance Company | 0694772996 | S.P. | 5/11/2023 | 64636 | $7,756.00 |
| Miami Surgical Center | Allstate Insurance Company | 0694772996 | S.P. | 5/11/2023 | Ancillary Services & Supplies | $201.03 |
| Miami Surgical Center | Allstate Insurance Company | 0624643318 | R.P. | 1/15/2022 | 64635 | $10,576.00 |
| Miami Surgical Center | Allstate Insurance Company | 0624643318 | R.P. | 1/15/2022 | 64636 | $3,878.00 |
| Miami Surgical Center | Allstate Insurance Company | 0624643318 | R.P. | 1/15/2022 | Ancillary Services & Supplies | $100.14 |
| Miami Surgical Center | Allstate Insurance Company | 0624643318 | R.P. | 5/20/2022 | 20930 | $6,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0624643318 | R.P. | 5/20/2022 | 20936 | $6,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0624643318 | R.P. | 5/20/2022 | 22612 | $24,309.00 |
| Miami Surgical Center | Allstate Insurance Company | 0624643318 | R.P. | 5/20/2022 | 63047 | $30,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0624643318 | R.P. | 5/20/2022 | 63048 | $15,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0624643318 | R.P. | 5/20/2022 | Ancillary Services & Supplies | $9,762.39 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0685564262 | I.P. | 12/13/2022 | 29807 | $26,825.40 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0685564262 | I.P. | 12/13/2022 | 29826 | $5,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0685564262 | I.P. | 12/13/2022 | 29827 | $26,825.40 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0685564262 | I.P. | 12/13/2022 | Ancillary Services & Supplies | $7,341.93 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0750800674 | J.P. | 8/23/2024 | 64635 | $10,576.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0750800674 | J.P. | 8/23/2024 | 64636 | $3,878.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0750800674 | J.P. | 8/23/2024 | Ancillary Services & Supplies | $349.29 |
| Miami Surgical Center | Allstate Insurance Company | 0670550359 | T.P. | 9/24/2022 | 20610 | $1,034.00 |
| Miami Surgical Center | Allstate Insurance Company | 0670550359 | T.P. | 9/24/2022 | 20930 | $6,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0670550359 | T.P. | 9/24/2022 | 20936 | $6,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0670550359 | T.P. | 9/24/2022 | 22612 | $24,309.00 |
| Miami Surgical Center | Allstate Insurance Company | 0670550359 | T.P. | 9/24/2022 | 63047 | $30,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0670550359 | T.P. | 9/24/2022 | 63048 | $15,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0670550359 | T.P. | 9/24/2022 | Ancillary Services & Supplies | $3,603.99 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0612003699 | H.R. | 10/13/2021 | 64483 | $1,820.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0612003699 | H.R. | 10/13/2021 | 64493 | $1,813.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0612003699 | H.R. | 10/13/2021 | 64494 | $1,200.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0612003699 | H.R. | 10/13/2021 | 64495 | $1,820.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0612003699 | H.R. | 10/13/2021 | Ancillary Services & Supplies | $172.32 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0612003699 | H.R. | 11/5/2021 | 20999 | $1,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0612003699 | H.R. | 11/5/2021 | 63030 | $26,825.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0612003699 | H.R. | 11/5/2021 | 64633 | $5,288.00 |

**Allstate Insurance Company, et al. v. PSHS Alpha Partners, LLC, et al.**

**Exhibit 5 - ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center**

**Chart of Patients and Treatment at Issue**

| Defendant | Plaintiff | Claim Number | Patient Initials | Date of Service | Treatment Billed | Amount Billed |
|---|---|---|---|---|---|---|
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0612003699 | H.R. | 11/5/2021 | 64634 | $3,878.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0612003699 | H.R. | 11/5/2021 | 64635 | $5,288.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0612003699 | H.R. | 11/5/2021 | 64636 | $3,878.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0612003699 | H.R. | 11/5/2021 | 0627T | $28,581.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0612003699 | H.R. | 11/5/2021 | Ancillary Services & Supplies | $10,211.97 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0727867327 | A.R. | 6/19/2024 | 64635 | $5,288.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0727867327 | A.R. | 6/19/2024 | 64636 | $1,939.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0727867327 | A.R. | 6/19/2024 | Ancillary Services & Supplies | $108.96 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0727867327 | A.R. | 7/31/2024 | 64633 | $5,288.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0727867327 | A.R. | 7/31/2024 | 64634 | $1,939.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0727867327 | A.R. | 7/31/2024 | Ancillary Services & Supplies | $562.53 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0778437301 | A.R. | 1/31/2025 | 29827 | $26,825.40 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0778437301 | A.R. | 1/31/2025 | 0232T | $7,500.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0778437301 | A.R. | 1/31/2025 | Ancillary Services & Supplies | $13,585.26 |
| Miami Surgical Center | Allstate Insurance Company | 0618496268 | G.S. | 5/14/2021 | 0232T | $1,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0618496268 | G.S. | 5/14/2021 | Ancillary Services & Supplies | $1,996.65 |
| Miami Surgical Center | Allstate Insurance Company | 0618496268 | G.S. | 6/4/2021 | 20999 | $1,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0618496268 | G.S. | 6/4/2021 | 64633 | $5,288.00 |
| Miami Surgical Center | Allstate Insurance Company | 0618496268 | G.S. | 6/4/2021 | 64635 | $5,288.00 |
| Miami Surgical Center | Allstate Insurance Company | 0618496268 | G.S. | 6/4/2021 | 64636 | $3,878.00 |
| Miami Surgical Center | Allstate Insurance Company | 0618496268 | G.S. | 6/4/2021 | Ancillary Services & Supplies | $4,310.55 |
| Miami Surgical Center | Allstate Insurance Company | 0618496268 | G.S. | 8/6/2021 | 29823 | $12,308.20 |
| Miami Surgical Center | Allstate Insurance Company | 0618496268 | G.S. | 8/6/2021 | 29826 | $5,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0618496268 | G.S. | 8/6/2021 | 0232T | $1,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0618496268 | G.S. | 8/6/2021 | Ancillary Services & Supplies | $2,364.93 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0551049778 | M.S. | 1/11/2021 | 20930 | $6,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0551049778 | M.S. | 1/11/2021 | 22551 | $33,648.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0551049778 | M.S. | 1/11/2021 | 22552 | $9,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0551049778 | M.S. | 1/11/2021 | 22853 | $12,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0551049778 | M.S. | 1/11/2021 | Ancillary Services & Supplies | $23,933.16 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0582355979 | J.S. | 1/13/2021 | 0232T | $1,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0582355979 | J.S. | 1/13/2021 | Ancillary Services & Supplies | $1,924.23 |
| Miami Surgical Center | Allstate Insurance Company | 0652455155 | M.S. | 8/12/2022 | 20610 | $1,034.00 |
| Miami Surgical Center | Allstate Insurance Company | 0652455155 | M.S. | 8/12/2022 | 20930 | $6,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0652455155 | M.S. | 8/12/2022 | 20936 | $6,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0652455155 | M.S. | 8/12/2022 | 22551 | $33,648.00 |
| Miami Surgical Center | Allstate Insurance Company | 0652455155 | M.S. | 8/12/2022 | 22552 | $9,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0652455155 | M.S. | 8/12/2022 | 22845 | $12,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0652455155 | M.S. | 8/12/2022 | 22853 | $12,000.00 |
| Miami Surgical Center | Allstate Insurance Company | 0652455155 | M.S. | 8/12/2022 | 64635 | $10,576.00 |
| Miami Surgical Center | Allstate Insurance Company | 0652455155 | M.S. | 8/12/2022 | Ancillary Services & Supplies | $15,439.14 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0772465597 | S.S. | 8/7/2025 | 20930 | $6,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0772465597 | S.S. | 8/7/2025 | 20936 | $6,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0772465597 | S.S. | 8/7/2025 | 22551 | $33,648.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0772465597 | S.S. | 8/7/2025 | 22552 | $9,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0772465597 | S.S. | 8/7/2025 | 22845 | $12,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0772465597 | S.S. | 8/7/2025 | 22853 | $12,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0772465597 | S.S. | 8/7/2025 | Ancillary Services & Supplies | $23,078.64 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0788866598 | M.S. | 6/10/2025 | 29807 | $26,825.40 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0788866598 | M.S. | 6/10/2025 | 29826 | $5,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0788866598 | M.S. | 6/10/2025 | 29827 | $26,825.40 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0788866598 | M.S. | 6/10/2025 | Ancillary Services & Supplies | $6,435.66 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0667954648 | A.S. | 9/24/2022 | 64633 | $10,576.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0667954648 | A.S. | 9/24/2022 | 64634 | $7,756.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0667954648 | A.S. | 9/24/2022 | Ancillary Services & Supplies | $861.06 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0556128205 | S.S. | 6/24/2022 | 20930 | $6,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0556128205 | S.S. | 6/24/2022 | 20936 | $6,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0556128205 | S.S. | 6/24/2022 | 22612 | $24,309.00 |

**Allstate Insurance Company, et al. v. PSHS Alpha Partners, LLC, et al.**
**Exhibit 5 - ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center**
**Chart of Patients and Treatment at Issue**

| Defendant | Plaintiff | Claim Number | Patient Initials | Date of Service | Treatment Billed | Amount Billed |
|---|---|---|---|---|---|---|
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0556128205 | S.S. | 6/24/2022 | 63047 | $30,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0556128205 | S.S. | 6/24/2022 | 63048 | $15,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0556128205 | S.S. | 6/24/2022 | Ancillary Services & Supplies | $7,966.23 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0780175568 | Y.S. | 5/20/2025 | 10140 | $1,895.00 |
| Miami Surgical Center | Allstate Property and Casualty Insurance Company | 0780175568 | Y.S. | 5/20/2025 | Ancillary Services & Supplies | $809.70 |
| Miami Surgical Center | Allstate Insurance Company | 0668253297 | G.T. | 8/3/2022 | 64493 | $3,626.00 |
| Miami Surgical Center | Allstate Insurance Company | 0668253297 | G.T. | 8/3/2022 | 64494 | $2,400.00 |
| Miami Surgical Center | Allstate Insurance Company | 0668253297 | G.T. | 8/3/2022 | 64495 | $3,640.00 |
| Miami Surgical Center | Allstate Insurance Company | 0668253297 | G.T. | 8/3/2022 | Ancillary Services & Supplies | $163.26 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0627616238 | L.V. | 11/1/2021 | 63030 | $26,825.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0627616238 | L.V. | 11/1/2021 | Ancillary Services & Supplies | $4,335.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0603861444 | G.W. | 5/27/2021 | 22856 | $56,489.40 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0603861444 | G.W. | 5/27/2021 | Ancillary Services & Supplies | $24,004.89 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0577810070 | C.W. | 9/30/2022 | 64493 | $3,626.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0577810070 | C.W. | 9/30/2022 | 64494 | $2,400.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0577810070 | C.W. | 9/30/2022 | 64495 | $3,640.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0577810070 | C.W. | 9/30/2022 | Ancillary Services & Supplies | $175.68 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0582355979 | M.W. | 1/13/2021 | 0232T | $1,000.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0582355979 | M.W. | 1/13/2021 | Ancillary Services & Supplies | $1,924.23 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0668645039 | N.W. | 6/10/2022 | 64490 | $3,626.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0668645039 | N.W. | 6/10/2022 | 64491 | $2,400.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0668645039 | N.W. | 6/10/2022 | 64492 | $3,640.00 |
| Miami Surgical Center | Allstate Fire and Casualty Insurance Company | 0668645039 | N.W. | 6/10/2022 | Ancillary Services & Supplies | $161.31 |