# EXHIBIT 10

Allstate Insurance Company, et al. v. PSHS Alpha Partners, LLC, et al.
Exhibit 10 - Mail and Wire Fraud Events

| Claim Number | Patient Initials | Date | Defendant | Sent To | Contents |
|---|---|---|---|---|---|
| 0747152155 | E.A. | 10/10/2024 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0774215016 | D.A. | 2/7/2025 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0774215016 | D.A. | 2/7/2025 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0774215016 | D.A. | 3/6/2025 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0774215016 | D.A. | 3/6/2025 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0667216543 | F.B. | 8/3/2022 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Insurance Company | Medical Record |
| 0733355010 | S.B. | 3/21/2025 | Jacksonville Beach Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Bill |
| 0638936252 | S.B. | 4/6/2022 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Insurance Company | Bill |
| 0638936252 | S.B. | 4/6/2022 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Insurance Company | Medical Record |
| 0638936252 | S.B. | 4/21/2022 | Anesthesiology Professional Services, Inc. | Allstate Insurance Company | HICF |
| 0752365049 | M.F. | 10/28/2024 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0757499859 | A.B. | 11/15/2024 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | HICF |
| 0757499859 | T.B. | 12/27/2024 | Millenia Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Bill |
| 0757499859 | T.B. | 12/27/2024 | Millenia Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0757499859 | A.B. | 1/29/2025 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0757499859 | T.B. | 1/29/2025 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | HICF |
| 0757499859 | A.B. | 1/31/2025 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0581667656 | J.B. | 12/21/2022 | Tampa Pain Relief Center, Inc. | Allstate Insurance Company | HICF |
| 0581667656 | J.B. | 1/25/2023 | Tampa Pain Relief Center, Inc. | Allstate Insurance Company | HICF |
| 0654920669 | T.B. | 12/9/2022 | Millenia Surgery Center, LLC | Allstate Property and Casualty Insurance Company | Medical Record |
| 0654920669 | T.B. | 12/21/2022 | Millenia Surgery Center, LLC | Allstate Property and Casualty Insurance Company | Bill |
| 0654920669 | T.B. | 12/27/2022 | Anesthesiology Professional Services, Inc. | Allstate Property and Casualty Insurance Company | HICF |
| 0654920669 | T.B. | 2/8/2024 | Millenia Surgery Center, LLC | Allstate Property and Casualty Insurance Company | Medical Record |
| 0654920669 | T.B. | 2/20/2024 | Millenia Surgery Center, LLC | Allstate Property and Casualty Insurance Company | Bill |
| 0654920669 | T.B. | 4/11/2024 | Millenia Surgery Center, LLC | Allstate Property and Casualty Insurance Company | Medical Record |
| 0654920669 | T.B. | 4/23/2024 | Anesthesiology Professional Services, Inc. | Allstate Property and Casualty Insurance Company | HICF |
| 0630057636 | B.B. | 9/14/2021 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0630057636 | B.B. | 2/17/2022 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0680927829 | M.B. | 10/2/2023 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0795351428 | A.B. | 5/13/2025 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0745517896 | K.B. | 3/6/2025 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Bill |
| 0745517896 | K.B. | 3/19/2025 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | Bill |
| 0626054332 | T.B. | 10/21/2021 | Jacksonville Beach Surgery Center, LLC | Allstate Insurance Company | HICF |
| 0679904168 | C.B. | 3/21/2024 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | Bill |
| 0582419933 | J.B. | 7/1/2022 | Jacksonville Beach Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0582419933 | J.B. | 7/1/2022 | Jacksonville Beach Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0582419933 | J.B. | 8/19/2022 | Jacksonville Beach Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Bill |
| 0709210363 | G.C. | 10/20/2023 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | Bill |
| 0747748951 | M.C. | 7/10/2024 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0750998329 | M.C. | 6/9/2025 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0750998329 | M.C. | 6/9/2025 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0603950964 | J.C. | 6/25/2021 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0603950964 | J.C. | 3/30/2022 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0715683157 | T.C. | 11/18/2024 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | HICF |
| 0715683157 | T.C. | 1/28/2025 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0715683157 | T.C. | 1/29/2025 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | HICF |
| 0715683157 | T.C. | 1/29/2025 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0753320548 | M.C. | 10/17/2024 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0753320548 | M.C. | 10/24/2024 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0760256156 | A.C. | 10/1/2024 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0760256156 | A.C. | 10/2/2024 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0760256156 | A.C. | 10/2/2024 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0569096315 | J.C. | 2/13/2023 | Jacksonville Beach Surgery Center, LLC | Allstate Insurance Company | Bill |
| 0767193006 | M.V. | 2/20/2025 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0767193006 | M.V. | 2/20/2025 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0661803106 | H.C. | 11/22/2022 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0661803106 | H.C. | 11/22/2022 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |

Allstate Insurance Company, et al. v. PSHS Alpha Partners, LLC, et al.
**Exhibit 10 - Mail and Wire Fraud Events**

| Claim Number | Patient Initials | Date | Defendant | Sent To | Contents |
|---|---|---|---|---|---|
| 0661803106 | H.C. | 11/22/2022 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0593220956 | V.D. | 8/7/2021 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0775574734 | J.D. | 2/20/2025 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0740223748 | J.D. | 2/24/2025 | Millenia Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Bill |
| 0740223748 | J.D. | 2/24/2025 | Millenia Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0699380747 | R.D. | 5/24/2023 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | HICF |
| 0638925750 | C.D. | 4/30/2022 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Property and Casualty Insurance Company | Medical Record |
| 0638925750 | C.D. | 5/4/2022 | Anesthesiology Professional Services, Inc. | Allstate Property and Casualty Insurance Company | HICF |
| 0638925750 | C.D. | 5/19/2022 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Property and Casualty Insurance Company | Bill |
| 0728185786 | A.D. | 5/7/2025 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0728185786 | A.D. | 6/9/2025 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | Bill |
| 0612637958 | M.V. | 4/23/2021 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0612637958 | M.V. | 4/26/2021 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | HICF |
| 0612637958 | M.V. | 4/26/2021 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0688718766 | V.D. | 3/8/2023 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Property and Casualty Insurance Company | HICF |
| 0633296545 | T.E. | 11/1/2021 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0742583446 | S.F. | 7/5/2024 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0607693223 | D.F. | 8/12/2021 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Insurance Company | Medical Record |
| 0677130460 | A.F. | 2/3/2023 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | HICF |
| 0677130460 | A.F. | 7/14/2023 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | HICF |
| 0677130460 | A.F. | 7/14/2023 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | Medical Record |
| 0670891984 | N.F. | 1/5/2023 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0670891984 | N.F. | 1/11/2023 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0726879323 | M.G. | 3/27/2024 | Tampa Pain Relief Center, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0726879323 | M.G. | 5/2/2024 | Tampa Pain Relief Center, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0747901817 | D.G. | 3/25/2025 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0747901817 | D.G. | 3/25/2025 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0740873351 | A.G. | 11/13/2024 | Millenia Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0740873351 | A.G. | 11/26/2024 | Millenia Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Bill |
| 0761622208 | J.G. | 6/30/2025 | Millenia Surgery Center, LLC | Allstate Property and Casualty Insurance Company | Bill |
| 0761622208 | J.G. | 6/30/2025 | Millenia Surgery Center, LLC | Allstate Property and Casualty Insurance Company | Medical Record |
| 0597708155 | R.G. | 9/23/2021 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | Bill |
| 0597708155 | R.G. | 9/23/2021 | Millenia Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Bill |
| 0622508661 | O.G. | 11/21/2021 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0622508661 | O.G. | 11/22/2021 | Millenia Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Bill |
| 0622508661 | O.G. | 12/20/2021 | Millenia Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0610293029 | F.G. | 5/22/2021 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Property and Casualty Insurance Company | Medical Record |
| 0604262584 | A.G. | 7/26/2021 | Tampa Pain Relief Center, Inc. | Allstate Indemnity Company | HICF |
| 0604262584 | A.G. | 8/27/2021 | Tampa Pain Relief Center, Inc. | Allstate Indemnity Company | HICF |
| 0604262584 | A.G. | 9/22/2021 | Tampa Pain Relief Center, Inc. | Allstate Indemnity Company | HICF |
| 0687052241 | M.G. | 5/17/2023 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | Bill |
| 0776009813 | W.G. | 2/11/2025 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0757057633 | G.H. | 7/22/2024 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0664085693 | E.H. | 9/27/2022 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0632903423 | Z.H. | 9/14/2021 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Insurance Company | HICF |
| 0632903423 | Z.H. | 3/2/2022 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Insurance Company | Bill |
| 0606693463 | A.H. | 4/5/2021 | Anesthesiology Professional Services, Inc. | Allstate Insurance Company | Bill |
| 0606693463 | A.H. | 4/5/2021 | Millenia Surgery Center, LLC | Allstate Insurance Company | Bill |
| 0680343217 | T.H. | 2/8/2024 | Jacksonville Beach Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Bill |
| 0680343217 | T.H. | 2/8/2024 | Jacksonville Beach Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0680343217 | T.H. | 2/8/2024 | Jacksonville Beach Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0680343217 | T.H. | 2/8/2024 | Jacksonville Beach Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0680343217 | T.H. | 2/8/2024 | Jacksonville Beach Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0731816138 | E.H. | 2/23/2024 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Insurance Company | Bill |
| 0776146102 | Y.H. | 6/18/2025 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0665525721 | J.R. | 11/1/2022 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Insurance Company | HICF |
| 0776285801 | A.H. | 7/30/2025 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | HICF |

**Allstate Insurance Company, et al. v. PSHS Alpha Partners, LLC, et al.**
**Exhibit 10 - Mail and Wire Fraud Events**

| Claim Number | Patient Initials | Date | Defendant | Sent To | Contents |
|---|---|---|---|---|---|
| 0776285801 | A.H. | 7/30/2025 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0593262512 | K.H. | 6/15/2021 | Jacksonville Beach Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Bill |
| 0750898768 | J.H. | 11/21/2024 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0750898768 | J.H. | 1/8/2025 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0565451119 | A.H. | 3/30/2021 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0565451119 | A.H. | 4/5/2021 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0565451119 | A.H. | 6/1/2021 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0565451119 | A.H. | 6/7/2021 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0565451119 | A.H. | 6/7/2021 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0640898457 | S.H. | 12/31/2021 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Insurance Company | Medical Record |
| 0640898457 | S.H. | 7/7/2022 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Insurance Company | HICF |
| 0599622312 | J.I. | 11/5/2021 | Tampa Pain Relief Center, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0599622312 | J.I. | 11/30/2021 | Tampa Pain Relief Center, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0706945490 | G.I. | 3/6/2024 | Tampa Pain Relief Center, Inc. | Allstate Fire and Casualty Insurance Company | Bill |
| 0705206456 | R.J. | 7/17/2023 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Insurance Company | HICF |
| 0770920312 | A.J. | 7/1/2025 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0770920312 | A.J. | 7/1/2025 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0612260638 | T.J. | 5/17/2021 | Jacksonville Beach Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Bill |
| 0715311221 | J.J. | 2/21/2024 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0685727703 | B.K. | 7/5/2023 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | Bill |
| 0751935412 | Y.K. | 3/5/2025 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | HICF |
| 0751935412 | Y.K. | 4/21/2025 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0667814842 | J.L. | 7/22/2022 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0667814842 | J.L. | 8/31/2023 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0700346687 | J.L. | 12/11/2023 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | Bill |
| 0684602261 | G.L. | 4/12/2023 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Insurance Company | Medical Record |
| 0684602261 | G.L. | 6/28/2023 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Insurance Company | Medical Record |
| 0676613946 | R.L. | 7/23/2024 | Park Place Surgery Center, LLC | Allstate Insurance Company | HICF |
| 0676613946 | R.L. | 8/5/2024 | Anesthesiology Professional Services, Inc. | Allstate Insurance Company | HICF |
| 0676613946 | R.L. | 2/27/2025 | Park Place Surgery Center, LLC | Allstate Insurance Company | HICF |
| 0758391304 | D.M. | 12/16/2024 | Park Place Surgery Center, LLC | Allstate Insurance Company | Medical Record |
| 0758391304 | D.M. | 12/27/2024 | Park Place Surgery Center, LLC | Allstate Insurance Company | HICF |
| 0693748063 | R.M. | 12/22/2023 | Tampa Pain Relief Center, Inc. | Allstate Indemnity Company | Bill |
| 0752155762 | I.M. | 9/20/2024 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0760112904 | M.C. | 3/26/2025 | Millenia Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Bill |
| 0760112904 | M.C. | 3/26/2025 | Millenia Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0629868885 | D.M. | 11/2/2021 | Jacksonville Beach Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Bill |
| 0629868885 | D.M. | 11/2/2021 | Jacksonville Beach Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0715304705 | S.M. | 9/5/2024 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0604575308 | H.M. | 7/30/2021 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0733431035 | Y.M. | 8/9/2024 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0693820433 | R.M. | 6/12/2023 | Anesthesiology Professional Services, Inc. | Allstate Insurance Company | HICF |
| 0669804550 | D.M. | 2/15/2023 | Jacksonville Beach Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Bill |
| 0669804550 | D.M. | 4/19/2023 | Jacksonville Beach Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Bill |
| 0617748306 | J.M. | 8/31/2021 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0617748306 | J.M. | 7/8/2022 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0737698653 | K.M. | 1/31/2025 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0682244173 | R.N. | 10/23/2023 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | HICF |
| 0682244173 | R.N. | 10/23/2023 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0689483279 | R.N. | 3/24/2023 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Insurance Company | Bill |
| 0742812340 | M.M. | 11/6/2024 | Anesthesiology Professional Services, Inc. | Allstate Insurance Company | Bill |
| 0642417646 | C.N. | 4/27/2022 | Park Place Surgery Center, LLC | Allstate Indemnity Company | HICF |
| 0642417646 | C.N. | 4/28/2022 | Park Place Surgery Center, LLC | Allstate Indemnity Company | Medical Record |
| 0742634041 | G.N. | 10/7/2024 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0665226205 | M.O. | 7/5/2023 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0747154839 | L.O. | 12/5/2024 | Tampa Pain Relief Center, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0769450560 | D.O. | 2/13/2025 | Tampa Pain Relief Center, Inc. | Allstate Fire and Casualty Insurance Company | Bill |

**Allstate Insurance Company, et al. v. PSHS Alpha Partners, LLC, et al.**
**Exhibit 10 - Mail and Wire Fraud Events**

| Claim Number | Patient Initials | Date | Defendant | Sent To | Contents |
|---|---|---|---|---|---|
| 0615026127 | A.O. | 7/30/2021 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0615026127 | A.O. | 8/6/2021 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0615026127 | A.O. | 3/7/2022 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0672308095 | E.P. | 9/16/2022 | Millenia Surgery Center, LLC | Allstate Insurance Company | Bill |
| 0672308095 | E.P. | 9/16/2022 | Millenia Surgery Center, LLC | Allstate Insurance Company | Medical Record |
| 0655484269 | M.P. | 9/6/2022 | Anesthesiology Professional Services, Inc. | Allstate Property and Casualty Insurance Company | HICF |
| 0655484269 | M.P. | 9/8/2022 | Park Place Surgery Center, LLC | Allstate Property and Casualty Insurance Company | HICF |
| 0655484269 | M.P. | 9/8/2022 | Park Place Surgery Center, LLC | Allstate Property and Casualty Insurance Company | Medical Record |
| 0730967171 | F.P. | 11/29/2023 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0730967171 | F.P. | 2/12/2025 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0730967171 | F.P. | 2/17/2025 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0730967171 | F.P. | 4/30/2025 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0678408881 | V.P. | 2/16/2023 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0678408881 | V.P. | 2/16/2023 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0685564262 | I.P. | 1/3/2023 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0685564262 | I.P. | 1/3/2023 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0699746664 | C.P. | 8/9/2023 | Millenia Surgery Center, LLC | Allstate Insurance Company | Medical Record |
| 0699746664 | C.P. | 9/12/2023 | Millenia Surgery Center, LLC | Allstate Insurance Company | Bill |
| 0541282364 | C.D. | 8/19/2022 | Jacksonville Beach Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0541282364 | C.D. | 12/8/2022 | Jacksonville Beach Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Bill |
| 0755508736 | D.P. | 12/20/2024 | Tampa Pain Relief Center, Inc. | Allstate Insurance Company | Bill |
| 0736147091 | C.P. | 2/24/2025 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0736147091 | C.P. | 2/24/2025 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0744052614 | A.P. | 1/2/2025 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0622611002 | S.P. | 10/4/2021 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0632020244 | K.P. | 2/5/2024 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | HICF |
| 0632020244 | K.P. | 2/5/2024 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Property and Casualty Insurance Company | Medical Record |
| 0689177061 | R.P. | 3/15/2023 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0689177061 | R.P. | 3/15/2023 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0604085290 | D.R. | 5/17/2021 | Millenia Surgery Center, LLC | Allstate Insurance Company | Medical Record |
| 0767702632 | P.R. | 4/29/2025 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | Bill |
| 0691614969 | M.R. | 11/11/2022 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Insurance Company | Medical Record |
| 0691614969 | M.R. | 11/21/2022 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Insurance Company | Medical Record |
| 0691614969 | M.R. | 12/16/2022 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Insurance Company | HICF |
| 0691614969 | M.R. | 12/29/2022 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Insurance Company | HICF |
| 0772106380 | Y.R. | 2/11/2025 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0772106380 | Y.R. | 2/11/2025 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0736515981 | Y.G. | 2/8/2024 | Armenia Ambulatory Surgery Center, LLC d/b/a Medical Village Surgical Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0640617443 | N.R. | 6/13/2022 | Tampa Pain Relief Center, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0640618443 | N.R. | 6/30/2022 | Tampa Pain Relief Center, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0706887387 | M.R. | 11/13/2023 | Millenia Surgery Center, LLC | Allstate Insurance Company | Medical Record |
| 0706887387 | M.R. | 11/13/2023 | Millenia Surgery Center, LLC | Allstate Insurance Company | Bill |
| 0593865900 | A.R. | 2/22/2021 | Anesthesiology Professional Services, Inc. | Allstate Indemnity Company | HICF |
| 0593865900 | A.R. | 2/22/2021 | Park Place Surgery Center, LLC | Allstate Indemnity Company | HICF |
| 0593865900 | A.R. | 2/22/2021 | Park Place Surgery Center, LLC | Allstate Indemnity Company | Medical Record |
| 0778437301 | A.R. | 1/31/2025 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0778437301 | A.R. | 2/24/2025 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0746693316 | J.S. | 4/30/2024 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0746693316 | J.S. | 8/8/2024 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0752380709 | M.S. | 5/30/2024 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Indemnity Company | Medical Record |
| 0752380709 | M.S. | 5/31/2024 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Indemnity Company | HICF |
| 0642748917 | C.S. | 5/26/2022 | Millenia Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Bill |
| 0642748917 | C.S. | 5/26/2022 | Millenia Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0602612640 | W.S. | 3/1/2022 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | Bill |
| 0732899785 | V.S. | 6/21/2024 | Tampa Pain Relief Center, Inc. | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0658048442 | D.S. | 5/31/2022 | Tampa Pain Relief Center, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0658048442 | D.S. | 6/16/2022 | Tampa Pain Relief Center, Inc. | Allstate Fire and Casualty Insurance Company | HICF |

**Allstate Insurance Company, et al. v. PSHS Alpha Partners, LLC, et al.**
**Exhibit 10 - Mail and Wire Fraud Events**

| Claim Number | Patient Initials | Date | Defendant | Sent To | Contents |
|---|---|---|---|---|---|
| 0668667025 | E.S. | 3/27/2023 | Jacksonville Beach Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Bill |
| 0576590953 | Y.S. | 11/29/2021 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | HICF |
| 0576590953 | Y.S. | 11/29/2021 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0651015893 | A.S. | 7/6/2022 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0651015893 | A.S. | 7/22/2022 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | HICF |
| 0651015893 | A.S. | 7/22/2022 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0706582277 | J.S. | 11/20/2023 | Millenia Surgery Center, LLC | Allstate Property and Casualty Insurance Company | Bill |
| 0706582277 | J.S. | 11/20/2023 | Millenia Surgery Center, LLC | Allstate Property and Casualty Insurance Company | Medical Record |
| 0748334133 | A.S. | 5/29/2025 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | HICF |
| 0748334133 | A.S. | 5/29/2025 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0780175568 | Y.S. | 6/3/2025 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Property and Casualty Insurance Company | Bill |
| 0780175568 | Y.S. | 6/3/2025 | ASC Gamma Partners, Ltd. d/b/a Miami Surgical Center | Allstate Property and Casualty Insurance Company | Medical Record |
| 0714393253 | K.S. | 11/10/2023 | Tampa Pain Relief Center, Inc. | Allstate Property and Casualty Insurance Company | HICF |
| 0714393253 | K.S. | 11/15/2023 | Tampa Pain Relief Center, Inc. | Allstate Property and Casualty Insurance Company | HICF |
| 0714393253 | K.S. | 11/15/2023 | Tampa Pain Relief Center, Inc. | Allstate Property and Casualty Insurance Company | HICF |
| 0714393253 | K.S. | 3/13/2024 | Tampa Pain Relief Center, Inc. | Allstate Property and Casualty Insurance Company | HICF |
| 0714393253 | K.S. | 3/13/2024 | Tampa Pain Relief Center, Inc. | Allstate Property and Casualty Insurance Company | HICF |
| 0614111193 | D.T. | 6/14/2021 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0753902121 | G.T. | 9/3/2024 | Anesthesiology Professional Services, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0753902121 | G.T. | 9/3/2024 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | HICF |
| 0753902121 | G.T. | 9/3/2024 | Park Place Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0695133892 | V.V. | 3/8/2023 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0739652815 | J.G. | 7/5/2024 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Property and Casualty Insurance Company | Medical Record |
| 0751335001 | C.V. | 8/2/2024 | Tampa Pain Relief Center, Inc. | Allstate Insurance Company | HICF |
| 0710913880 | L.H. | 7/19/2023 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Insurance Company | Bill |
| 0704497063 | S.W. | 5/24/2023 | Park Place Surgery Center, LLC | Allstate Indemnity Company | HICF |
| 0704497063 | S.W. | 5/24/2023 | Park Place Surgery Center, LLC | Allstate Indemnity Company | Medical Record |
| 0684006364 | J.W. | 1/30/2023 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0652641051 | S.W. | 9/19/2022 | PSHS Beta Partners, Ltd. d/b/a The Gables Surgery Center | Allstate Fire and Casualty Insurance Company | Medical Record |
| 0721855419 | R.W. | 11/16/2023 | PSHS Alpha Partners, LLC d/b/a Lake Worth Surgical Center | Allstate Fire and Casualty Insurance Company | HICF |
| 0631690970 | L.Y. | 6/21/2022 | Jacksonville Beach Surgery Center, LLC | Allstate Fire and Casualty Insurance Company | Bill |
| 0782727951 | C.Z. | 4/4/2025 | Tampa Pain Relief Center, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0782727951 | C.Z. | 4/23/2025 | Tampa Pain Relief Center, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0782727951 | C.Z. | 5/7/2025 | Tampa Pain Relief Center, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0782727951 | C.Z. | 12/15/2025 | Tampa Pain Relief Center, Inc. | Allstate Fire and Casualty Insurance Company | HICF |
| 0563372697 | C.Z. | 11/24/2021 | Tampa Pain Relief Center, Inc. | Allstate Property and Casualty Insurance Company | HICF |